COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES WESLEY DORE, | § | No. 08-10-000004-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 317th Judicial District Court |
| | § | |
| VANESSA MARIA GARCIA, | | of Jefferson County, Texas |
| | § | |
| Appellee. | | (TC# C206987) |
| | § | |
| | § | |

**MEMORANDUM  OPINION**

This appeal is before the Court on our own motion for determination whether it should be dismissed for want of prosecution pursuant to TEX.R.APP.P. 38.8.  Having determined that Appellant has failed to file a brief and has not requested an extension of time to do so, we will dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant fails to file a brief within the time proscribed and provides no reasonable explanation for such failure.  *See* TEX.R.APP.P. 38.8(a)(1).  By letter dated April 7, 2010, the clerk of this Court notified Appellant of the Court's intent to dismiss this appeal for want of prosecution due to Appellant's failure to file a brief or request an extension of time to do so.  The clerk advised Appellant that the appeal would be dismissed without further notice unless the Court received a response within ten days and provided a reason why the appeal should be continued.  *See* TEX.R.APP.P. 38.8.  Appellant has not responded to the clerk's notice.  We see no purpose that would be served by maintaining this appeal at this stage of the proceedings.  Therefore, pursuant

to TEX.R.APP.P. 38.8(a)(1), we dismiss the appeal for want of prosecution.


May 19, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.